SCWC-11-0000667

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

JOHN WALTON, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000667; CR. NO. 09-1-0498)

ORDER OF CORRECTION
(By: Acoba, J.)

IT IS HEREBY ORDERED that Part II of the majority opinion filed on February 14, 2014 is corrected as follows:

On page 80, line 22, "The majority's belief . . ." is changed to "The concurring opinion's belief . . ."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi,  February 19, 2014.

/s/ Simeon R. Acoba, Jr.

